UNITED STATES DISTRICT COURT

DISTRICT OF OREGON

TERANCE CARPENTER,

                Plaintiff,

    v.

STATE OF OREGON and COUNTY OF COLUMBIA OREGON

                Defendants.

No. CV 06-603-AS

OPINION AND ORDER

**MOSMAN, J.,**

    On September 11, 2006, Magistrate Judge Ashmanskas issued Findings and Recommendation ("F&R") (#13) in the above-captioned case recommending defendants' motion to dismiss (#5) be GRANTED. Plaintiff filed timely objections on September 27, to which defendants responded on October 9.

    The magistrate judge only makes recommendations to the district court, to which any party may file written objections. The court is not bound by the recommendations of the magistrate judge, but retains responsibility for making the final determination. Where objections have been made, I conduct a *de novo* review. 28 U.S.C. § 636(b)(1)(C). I am not required to review, under a *de novo* or any other standard, the factual or legal conclusions of the magistrate judge as to those portions of the F&R to which no objections are made. *See Thomas v. Arn*, 474

PAGE 1 - OPINION AND ORDER

U.S. 140, 149 (1985); *United States v. Reyna-Tapia*, 328 F.3d 1114, 1121 (9th Cir. 2003).

Upon review of plaintiff's objections, I agree with Judge Ashmanskas's analysis and recommendation. Thus, I ADOPT the F&R as my own opinion. The case is DISMISSED. IT IS SO ORDERED.

DATED this  8th  day of November, 2006.

/s/ Michael W. Mosman
MICHAEL W. MOSMAN
United States District Court

PAGE 2 - OPINION AND ORDER